FILED
JUL 21 2008
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

'08 MJ 8666

| | |
|---|---|
| UNITED STATES OF AMERICA, Plaintiff, v. Abraham Garcia COPADO (1), Lizette GONZALEZ (2), Omayra HERNANDEZ-Garza (3) Defendants. | Magistrate Case No.: COMPLAINT FOR VIOLATION OF 21 U.S.C. § 952 and 960 Importation of a Controlled Substance (Felony) |

The undersigned complainant being duly sworn states:

That on or about July 20, 2008, within the Southern District of California, defendants Abraham Garcia COPADO, Lizette GONZALEZ and Omayra HERANDEZ-Garza did knowingly and intentionally import approximately 61.56 kilograms (135.43 pounds) of marijuana, a Schedule I Controlled Substance, into the United States from a

//
//
//
//
//

place outside thereof, in violation of Title 21, United States Code, Sections 952 and 960.

The complainant states that this complaint is based on the attached Statement of Facts incorporated herein by reference.

_Rosalinda Estrada_, Special Agent
U. S. Immigration & Customs Enforcement

SWORN TO BEFORE ME AND SUBSCRIBED IN MY PRESENCE, THIS 21ST DAY OF JULY 2008.

PETER C. LEWIS
UNITED STATES MAGISTRATE JUDGE

UNITED STATES OF AMERICA
         v.
Abraham Garcia COPADO

## STATEMENT OF FACTS

This Statement of Facts is based on the reports, documents, and notes furnished to U. S. Immigration and Customs Enforcement Special Agent Rosalinda Estrada.

On July 20, 2008, at approximately 1150 hours, Abraham Garcia COPADO attempted to enter the United States from the Republic of Mexico through the Calexico, California, West Port of Entry. COPADO was accompanied by his girlfriend Lizette Gonzalez, a friend Omayra Hernandez-Garza and four children, three of which were his. COPADO was the registered owner of a 1995 Chevrolet Suburban bearing California license plate 6ECS233.

During primary inspection, Customs and Border Protection Officer (CBPO) S. Barela received a negative Customs declaration from COPADO. CBPO Barela noticed that the bolts to the gas tank straps were shiny and had been previously removed. CBPO Barela then referred BARELA and all occupants to the vehicle secondary lot for further inspection.

During secondary examination, CBPO A. Lopez received a negative oral Customs declaration from COPADO. When CBPO A. Lopez inquired about the vehicle, COPADO stated the vehicle was registered in his name and had owned it for a couple of months. COPADO further stated they were going back to Coachella, CA. CBPO A. Lopez then requested CBP Canine Enforcement Officer (CEO) Alba utilize his Human Narcotics Detector Dog (HNDD) on the vehicle. CEO Alba's HNDD alerted to the gas tank of the vehicle. CEO Alba then turned the inspection over to CBPO I. Mercado.

1  Upon further inspection of the vehicle, CBPO I. Mercado discovered thirty-seven (37) packages wrapped in tan postal tape, carbon paper and sealed in vacuum sealed bags. The packages contained a green leafy substance that when probed, field-tested positive for marijuana. The 37 packages had a combined weight of approximately 61.56 kilograms (135.43 pounds).

COPADA, GONZALEZ and HERNANDEZ-Garza were advised of their rights per Miranda. COPADA, GONZALEZ and HERNANDEZ-Garcia stated they understood their rights and agreed to answer questions without the presence of an attorney.

COPADA stated he was to be paid $2,000.00 for smuggling marijuana into the United States. HERNANDEZ stated she knew there were drugs concealed in the vehicle. HERNANDEZ stated they (COPADA and GONZALEZ) were coming up with a story while they were waiting in line to enter the United States. GONZALEZ denied knowledge of the marijuana concealed within the vehicle.

HERNANDEZ and GONZALEZ were issued Notices to Appear before a U. S. Magistrate Judge on July 30, 2008.