1  Michael L. Crowley (117008)
   Attorney at Law
2  550 West "C" Street, Suite 1960
   San Diego, Ca. 92101
3  (619) 444-8808

4  Attorney for Defendant

6              **UNITED STATE DISTRICT COURT**

7             **SOUTHERN DISTRICT OF CALIFORNIA**
                    (Honorable Jan M. Adler)

| | |
|---|---|
| UNITED STATE OF AMERICA, ) | Case No.: 08mj8666 |
| Plaintiff, ) | |
| v. ) | NOTICE OF SUBMISSION |
| OMAYRA HERNANDEZ-GARZA (3) et al., ) | OF BOND PACKET |
| Defendant. ) | |

OMAYRA HERNANDEZ-GARZA, Defendant, by and through her attorney of record, MICHAEL L. CROWLEY, hereby notifies the court as follows:

- On July 31, 2008 this court ordered the bond packet be submitted by August 6, 2006; and

- Defense counsel forwarded the bond packet to the U.S. Attorney's Office on August 5, 2008.

DATED:  August 6, 2008         /s/ Michael L. Crowley
                               MICHAEL L. CROWLEY, Attorney at Law

M:\WP\CRIM\FEDERAL\Hernandez-Garza, Omayra - submission of bond packet.wpd

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No.: 08mj8666 |
| Plaintiff, | ) | |
| v. | ) | CERTIFICATE OF SERVICE |
| OMAYRA HERNANDEZ-GARZA (3), et al., | ) | |
| Defendant. | ) | |

IT IS HEREBY CERTIFIED THAT:

    I, MICHAEL L. CROWLEY, am a citizen of the United States and am at least eighteen years of age. My business address is 550 West "C" Street, Suite 1960, San Diego, CA 92101. I am not a party to the above-entitled action. I have caused service of the following document(s):

**NOTICE OF SUBMISSION OF BOND PACKET**

on the following parties by electronically filing the foregoing with the Clerk of the District Court using its ECF System, which electronically notifies them:

**Office of the U.S. Attorney, Efile.dkt.gc2@usdoj.gov**

    I hereby certify that I have caused to be mailed the foregoing, by the United States Postal Service, to the following non-ECF participants on this case:

**NONE**

    I declare under penalty of perjury that the foregoing is true and correct. Executed on August 6, 2008.

                              /s/ Michael L. Crowley
                              MICHAEL L. CROWLEY, ESQ.